UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARRELL TATE,<br><br>　　　　Plaintiff,<br>　v.<br><br>MGM BELL DEPT.,<br><br>　　　　Defendant. | Case No. 2:25-cv-00675-EJY<br><br>**ORDER** |

This action was filed on April 15, 2025. ECF No. 2. Plaintiff filed a Second Amended Complaint on May 14, 2025. ECF No. 9. On August 13, 2025, the Court issued a Notice of intent to dismiss pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by September 12, 2025. ECF No. 13. To date, no proof of service has been filed.

Accordingly, IT IS HEREBY ORDERED, adjudged and decreed that this action is dismissed without prejudice.

IT IS FURTHER ORDERED that this matter be closed on the docket and the Clerk of Court is to accept no further filings from Plaintiff in this matter other than a notice of appeal.

DATED this 15th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE